UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDEN ADAM EIDSON,<br><br>Defendant. | Case No.  1:15-cr-00085-DAD-BAM<br><br>ORDER TO EXONERATE BAIL AND TO RECONVEY PROPERTY |

It appearing to the court that Defendant, Brandon Eidson, has surrendered to the Bureau of Prisons to commence his sentence, IT IS HEREBY ORDERED that the bond secured by the real property posted to secure defendant's pretrial release in Case No. 1:15-cr-00085-DAD-BAM  be exonerated and IT IS FURTHER ORDERED that Deed of Trust Document Number DOC-2015-0028501-00 of the Stanislaus County Recorder, recorded on April 20, 2015, be reconveyed to trustor, Linda Eidson, forthwith.

IT IS SO ORDERED.

Dated:   **August 8, 2016**                                   _Dale A. Drozd_
                                                                             UNITED STATES DISTRICT JUDGE

1