McGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
JEFFREY A. SPIVAK
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00085-DAD-BAM |
|---|---|
| Plaintiff, | ORDER AMENDING ORDER FOR FORFEITURE MONEY JUDGMENT |
| v. | |
| BRANDEN ADAM EIDSON, | |
| Defendant. | |

This matter came before the Honorable District Judge Dale A. Drozd on the United States' motion to amend the order for forfeiture money judgment. Based on the motion and the files and records of the Court it is ORDERED:

1. The Motion to Amend the Order for Forfeiture Money Judgment and Forfeit Substitute Assets filed on April 20, 2018 is GRANTED;

2. The Order for Forfeiture Money Judgment is AMENDED to allow the following assets to be seized and subject to application towards partial satisfaction of the money judgment entered in this case:

    a.    Approximately $26,330.00 in U.S. Currency.

3. The Internal Revenue Service – Criminal Investigations shall seize forthwith the approximately $26,330.00 in U.S. Currency described above, and dispose of the said property in accordance with the law. The United States shall provide notice as required by

law. The United States is authorized to conduct appropriate discovery and to conduct any necessary ancillary proceedings as provided by Title 21, United States Code, Section 853(n) as to the rights of third parties who may have an interest in the property forfeited herein.

4. That the above-described property shall be deposited with the Internal Revenue Service – Criminal Investigations and held suspended pending a Final Order of Forfeiture.

5. The hearing on the United States' motion to amend the order for forfeiture money judgment previously set for May 14, 2018, is vacated.

IT IS SO ORDERED.

Dated: **April 24, 2018**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE