McGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
JEFFREY A. SPIVAK
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:15-CR-00085-DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE AS TO SUBSTITUTE ASSET |
| BRANDEN ADAM EIDSON, | |
| Defendant. | |

WHEREAS, on February 8, 2016, this Court entered an Order for Forfeiture Money Judgment pursuant to the provisions of 31 U.S.C. § 5317(c)(1), 26 U.S.C. §§ 7301(a)-(e), 7303, 28 U.S.C. § 2461(c), and Federal Rules of Criminal Procedure 32.2(b)(1), based upon the plea agreement entered into between the United States and defendant Branden Adam Eidson forfeiting to the United States a money judgment in the amount of $1,508,653.91;

AND WHEREAS, on April 25, 2018, the Court entered an Order Amending Order for Forfeiture Money Judgment, forfeiting approximately $26,330.00 in U.S. Currency (hereafter "Substitute Asset"), seized from defendant Branden Eidson as a substitute asset;

AND WHEREAS, beginning on June 19, 2018, for at least 30 consecutive days, the United States published notice of the forfeiture of the Substitute Asset on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the

notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the Substitute Asset and the time for any person or entity to file a claim has expired. Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the approximately $26,330.00 in U.S. Currency, pursuant to 21 U.S.C. § 853(p), to be disposed of according to law, including all right, title, and interest of defendant Branden Adam Eidson.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Substitute Asset shall be applied towards the balance owed on the Forfeiture Money Judgment.

4. The Internal Revenue Service – Criminal Investigations, shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **August 24, 2018**  *Dale A. Drozd*
UNITED STATES DISTRICT JUDGE